

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00433-CV

James Thornton **MAXWELL**,
Appellant

v.

**FROST BANK** f/k/a The Frost National Bank,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI18674
Honorable Richard Price, Judge Presiding

## O R D E R

The clerk's record was due to be filed with this court by August 2, 2016. *See* TEX. R. APP. P. 35.1. On August 4, 2016, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee.

If Appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court